# United States District Court

WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

TONY TYRONE BLACK

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5483FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's motion to consider review of sentence [Dkt. #1] and for appointment of counsel is **DENIED**.

|  |  |
|---|---|
| August 12, 2008 | BRUCE RIFKIN |
| Date | Clerk |
|  |  |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |